U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 19 2022

CLERK, U.S. DISTRICT COURT
By _____ Deputy

Cause no 22-9031

Tommy Joe Manel
3-9-73
SID# TX04642832

TRN#763771867

5-22 CV-311-H

To whom it May Concern
at the U.S. District Courts office,
I am writing you today with
concern and the seeking of help in regards
to a murder indictment I have recieved from
Dawson County, Cause no 22-9031.
On 10-20-22 I recieved the charges for
Cause no 22-9031 while being held on
a possession charge 22-9009. While being
incarcerated my bonds have went from $100,000
to $350,000 and $10,000 to $30,000 making it nearly
impossible to bond out. I have charges from
2021 that I have never been indicted on
yet have bonds raised up and have already
been indicted on 2 charges that are
less than 2 months old. The entire process
of how Dawson County is prosecuting me
seems to be defying my civil rights.
In regards to the "murder" charge,
they (Daw County) supposedly found a weapon and
I quote, "a hatchet, or axe, or machete, or hammer.
This supposed weapon was found at a
place of old residence where I had not
resided for over 13 years. The Daw County
Sheriffs department also went into the
property (which is owned by my father) without
providing a search warrant and using
forced entry without authorization to
enter the property. This took place on
more than one occasion without presenting
any type of search warrant and I still
have not seen a warrant but they bought
in search warrant to take my DNA while
incarcerated in Dawson County. Indeed the

this false information provided in regards
to a murder from over 13 years was
given by a disgruntled exgirlfriend who
is a convicted felon and well known
drug addict in the town of Lamesa.
Diann Barrios is her name. She was
arrested on possesion charges and I
believe that she in turn of getting
charges dropped, gave false information
in regards to a murders case that
I was never even been mentioned as a
suspect of and now based solely
on her false information I have
been Indicted on murder charges.
I have not yet gotten any legal counsel
on the matter but can't afford a
free world attorney and Artie Aguilar Jr
is the only attorney that Dawson County
provides who never even speaks to his
clients he is defending. I would like
help in any way available in
regards to any case and the
procedures Dawson Cty is taking for
they continue to keep making vital
errors in their processes.

401 S. 2nd
Lamesa Tx 79331
Cell # 157

Thanks for the Help
Tammy Soe Minuel &
Jonny Joe Mand M



mmy Ice Manuel Sr
101 . S . 2nd
amesa Tx 79331

legal
mail

LUBBOCK TX 794

13 DEC 2022 PM 1 L

RECEIVED

DEC 19 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Court

1205 Texas Ave Room 209

Lubbock, Tx 79 4101-4001

79401-402759

INMATE
CORRESPONDENCE