UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TOMMY JOE MANUEL,<br><br>　　　　　Petitioner,<br><br>v.<br><br>DAWSON COUNTY SHERIFF<br><br>　　　　　Respondent. | No. 5:22-CV-00311H |

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed without prejudice for want of prosecution.

Dated February 21, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge