UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

TOMMY JOE MANUEL,

    Petitioner,

v.                             No. 5:22-CV-00311-H

DAWSON COUNY SHERIFF,

    Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice on exhaustion and abstention grounds.

Dated March 24, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge